439 F.2d 152
 Daniel WYATT, Petitioner-Appellant,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent-Appellee.
No. 30383 Summary Calendar.*
*Rule 18, 5 Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Company of New York et al., 5 Cir. 1970,
431 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Feb. 22, 1971.
 
 Ben G. Levy, Houston, Tex., for petitioner-appellant.
 John N. Mitchell, Atty. Gen., of the U.S., U.S. Dept. of Justice, Washington, D.C., Anthony J.P. Farris, U.S. Atty., Ronald J. Waska, James Gough, Asst. U.S. Attys., Houston, Tex., for respondent-appellee.
 Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966